**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| ADVANTAGE PRESSUREPRO, LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | No. 15-00098-CV-W-DGK |
| | ) | |
| HAWKSHEAD SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Having considered the Stipulation of Dismissal without Prejudice (Doc. 41), it is hereby

ORDERED that all claims and counterclaims in this case are dismissed without prejudice.

/s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Date: July 15, 2015